July 02, 2010

Mr. Richard J. Karam
Law Office of Richard J. Karam
8118 Datapoint Drive
San Antonio, TX 78229-3268

Mr. Samuel V. Houston III
Ford & Massey, P.C.
10001 Reunion Place Blvd., Suite 640
San Antonio, TX 78216
Mr. Thomas R. Phillips
Baker Botts L.L.P.
98 San Jacinto Center, Suite 1500
Austin, TX 78701

RE: Case Number: 09-0093
 Court of Appeals Number: 04-07-00468-CV
 Trial Court Number: 2005-CI-13102

Style: SONDRA L. GROHMAN, FORMERLY KNOWN AS SONDRA GROHMAN KAHLIG
 v.
 CLARENCE J. KAHLIG, II; NORTH PARK LINCOLN-MERCURY, INC., NORTH PARK
 LINCOLN-MERCURY, LTD.; NORTH PARK HOLDING, L.L.P.; NORTH PARK LM,
 L.L.C.; KAHLIG ENTERPRISES, INC.; KAHLIG MOTOR, LTD.; KAHLIG MOTOR
 HOLDING, L.L.P.; AND KAHLIG MOTOR MANAGEMENT, L.L.C.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367. (Chief
Justice Jefferson and Justice Lehrmann not sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Keith E. Hottle |
| |Ms. Margaret G. |
| |Montemayor |